IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN L. RIDGEWAY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 12-158-LPS-CJB |
| : | |
| BAYHEALTH MEDICAL CENTER, INC., : | |
| : | |
| Defendant. : | |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 39) on September 30, 2013;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendant's motion for summary judgment (D.I. 32).

WHEREAS, any Objections to the Report and Recommendation were to be filed by October 18, 2013;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 39) is **ADOPTED**, and Defendant's motion for summary judgment (D.I. 32) is **GRANTED**.

Dated: December 4th, 2013

_____
UNITED STATES DISTRICT JUDGE